UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAWN GULSETH,

                Plaintiff,

   v.

PATRICK KURITZ, et al.,

                Defendants.

Case No. C13-45 RSL-BAT

**ORDER DENYING PLAINTIFF'S MOTION TO PROVIDE MEDICAL RECORDS**

Plaintiff Shawn Gulseth moves to have medical records provided to him by the jail and by Harborview Medical Center because he says that generally prisoners are given in-cell access to medical records in order to protect the patient's privacy. Dkt. 14. Plaintiff does not, however, suggest that his request for medical records for use in the current case was denied. Nor does plaintiff suggest that he asked defendants to produce relevant medical records.

The Court **STRIKES** plaintiff's motion, Dkt. 14, with leave to renew it as a motion to compel should he be denied, after a timely and specific request, relevant documents or discovery by defendants or other parties.

DATED this 19th day of March, 2013.

                              BRIAN A. TSUCHIDA
                              United States Magistrate Judge