UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAWN GULSETH,

          Plaintiff,

  v.

PATRICK KURITZ, et al.,

          Defendants.

Case No. 2:13-CV-00045-RSL-BAT

**ORDER GRANTING SUMMARY JUDGMENT AS A MATTER OF LAW IN FAVOR OF DEFENDANTS**

The Court, having reviewed the papers filed in support of and in opposition to defendants' motion for summary judgment, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the entirety of the record, does hereby find and Order:

    1) The Report and Recommendation is **ADOPTED**;

    2) Defendants' motion for summary judgment, Dkt. 58, is **GRANTED**.

        Dated this 4th day of February, 2014.

                                                           */s/ Robert S. Lasnik*
                                                           ROBERT S. LASNIK
                                                           United States Magistrate Judge